## United States Bankruptcy Court
### Eastern District of Virginia

In re  **Jason S. Greenwood**
      **Melanie Greenwood**                                                    Case No.  **15-31397**
                                       Debtor(s)                                Chapter   **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

    1. Gross Income For 12 Months Prior to Filing:                                       $        **17,024.65**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

    2. Gross Monthly Income                                                                       $   **17,868.65**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| # | Item | Amount |
|---|------|-------:|
| 3. | Net Employee Payroll (Other Than Debtor)                  | $ 0.00 |
| 4. | Payroll Taxes                                             | 502.67 |
| 5. | Unemployment Taxes                                        | 0.00 |
| 6. | Worker's Compensation                                     | 0.00 |
| 7. | Other Taxes                                               | 220.00 |
| 8. | Inventory Purchases (Including raw materials)             | 200.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray                    | 0.00 |
| 10.| Rent (Other than debtor's principal residence)            | 650.00 |
| 11.| Utilities                                                 | 0.00 |
| 12.| Office Expenses and Supplies                              | 200.00 |
| 13.| Repairs and Maintenance                                   | 76.00 |
| 14.| Vehicle Expenses                                          | 0.00 |
| 15.| Travel and Entertainment                                  | 80.00 |
| 16.| Equipment Rental and Leases                               | 428.00 |
| 17.| Legal/Accounting/Other Professional Fees                  | 367.00 |
| 18.| Insurance                                                 | 260.00 |
| 19.| Employee Benefits (e.g., pension, medical, etc.)          | 1,286.48 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---:|
| **BB&T VCAP Loan** | **758.00** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---:|
| **Advertising / Marketing** | **805.00** |
| **Costs of Goods Sold (Filing Fees, Postage, Reimb. Client Expenses)** | **1,849.00** |
| **Outside Services (IT, Receptionist Svc, Electrician)** | **621.00** |
| **Dues & Subscriptions** | **295.75** |
| **Miscellaneous Expenses** | **200.00** |
| **Postage expenses (Non-client reimbursed)** | **20.00** |
| **Wireless Telephone Services** | **150.00** |
| **Telephone & Data Svcs (Richmond Office)** | **96.00** |
| **Data Services (IT & Data Support, Cloud Subscriptions)** | **647.00** |
| **BB&T Credit Card Payment** | **500.00** |
| **DeChat Commercial Loan Payment** | **373.00** |
| **Debtor Monthly Wages** | **4,333.33** |
| **Co-Debtor Monthly Wages** | **1,950.00** |

    22. Total Monthly Expenses (Add items 3-21)                                              $   **16,868.23**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $ **1,000.42**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy