B6B (Official Form 6B) (12/07)

In re **Jason S. Greenwood,** Case No. **15-31397**
**Melanie Greenwood**
                                                                    ,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Navy Federal Credit Union Joint Checking Acct. ending XXX6** | J | **28.00** |
| | | | **Navy Federal Credit Union Joint Savings Acct. ending XXX3** | J | **6.00** |
| | | | **Navy Federal Credit Union Joint Checking Acct. (2) ending XXX6** | J | **6.00** |
| | | | **Union First Market Bank Individual Checking Acct. ending XXX9** | H | **97.00** |
| | | | **Union First Market Bank Joint Checking Acct. ending XXX1** | J | **27.00** |
| | | | **USAA Fed. Savings Bank Joint Checking Acct. ending XXX4** | J | **3.00** |
| | | | **USAA Fed. Savings Bank Joint Savings Acct. ending XXX6** | J | **3.00** |
| | | | **USAA Fed. Savings Bank Joint UTMA Checking Acct. FBO Minor Child ending XXX6** | J | **0.00** |
| | | | **First Command Joint Money Market Savings Acct. ending XXX0** | J | **4.00** |
| | | | **Navy Federal Credit Union Joint Savings Acct. ending XXX3 FBO Minor Child** | J | **6.00** |
| | | | **Navy Federal Credit Union Joint Savings Acct. ending XXX0 FBO Minor Child** | J | **6.00** |
| | | | **Navy Federal Credit Union Joint Savings Acct. ending XXX3 (2) FBO Minor Child** | J | **6.00** |
| | | | **Navy Fed. Credit Union Credit Union Individual Savings Acct. ending XXX3** | W | **6.00** |
| | | | | Sub-Total > (Total of this page) | **198.00** |

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jason S. Greenwood,**
       **Melanie Greenwood**, Debtors

Case No.  **15-31397**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **(1) sofa, (2) living room chairs, kitchen table and chairs, (1) coffee table, (1) end table, kitchenware, (1) tv, blu ray player, dvds, Wii gaming system w/games, (4) furnished bedrooms with (2) beds, (1) loft bed, (1) bunk bed, (6) dressers, tables, lamps, stove, refrigerator, dishwasher, small appliances, microwave, washer/dryer, outdoor grill, (1) desktop PC, (1) desk, (2) high back chairs, assorted hand and small power tools.** | J | 6,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Assorted men's and women's apparel including business attire.** | J | 2,000.00 |
| 7. Furs and jewelry. | | **Engagement Ring and Wedding Bands.** | J | 3,000.00 |
| | | **Gucci watch; gold necklace and pendant; turquoise and gold necklace; gold earrings; various bracelets, rings; college class ring; assorted items of inexpensive & costume jewelry** | W | 750.00 |
| | | **College class ring; cuff links** | H | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Colt .45 handgun** | H | 500.00 |
| | | **Softball equipment (nets, screens, tees, balls, bats); (2) bicycles; punching bag; small weights** | J | 400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American Gen. Life Insurance Co. Whole life insurance policy for minor child ending XXX8 Cash Surrender Value = $350.00** | H | 350.00 |
| | | **American Gen. Life Insurance Co. Whole life insurance policy for minor child ending XXX6 Cash Surrender Value = $550.00** | H | 550.00 |
| | | **Liberty National Life Insurance Co. Whole life insurance policy for minor child ending XXX3 Cash Surrender Value = $0.00** | H | 0.00 |

Sub-Total >  **13,800.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jason S. Greenwood,**  
**Melanie Greenwood** ,  
Debtors

Case No. **15-31397**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Liberty National Life Insurance Co. Whole life insurance policy for minor child ending XXX4 Cash Surrender Value = $0.00** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Charles Schwab Rollover IRA Acct. ending XXX0** | H | 1.00 |
| | | **Charles Schwab Roth IRA Acct. ending XXX4** | H | 1.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Ownership Interst in Greenwood Law Firm PC - law firm (Virginia S-corporation) - assets, accounts receivable, inventory offset / eclipsed by security interest(s) and/or long and short-term debt, no intellectual property beyond websites, questionnaires.** | H | 1.00 |
| | | **Approximately 3.25 shares of Wal-Mart Stores, Inc. Stock** | J | 267.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Federal and State Tax Refunds** | J | 1.00 |

Sub-Total >  **271.00**  
(Total of this page)

Sheet **2** of **4** continuation sheets attached  
to the Schedule of Personal Property

Document      Page 4 of 15

B6B (Official Form 6B) (12/07) - Cont.

In re **Jason S. Greenwood,**
**Melanie Greenwood**,
Debtors

Case No. **15-31397**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending Veterans Administration Disability Claim / Appeal** | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Nine (9) domain names - undeveloped, no websites created.** | H | 10.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Toyota Tacoma 4WD Truck (66,000 miles) Location: 5202 Signal Corps Drive, Fredericksburg VA 22408 2014 Personal Property Tax Assessed Value = $13,662.00** | H | 13,662.00 |
| | | **2005 Honda Odyssey (155,000 miles) Location: 5202 Signal Corps Drive, Fredericksburg VA 22408 2014 Personal Property Tax Assessed Value = $5200.00** | H | 5,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| | | | Sub-Total > (Total of this page) | **18,872.00** |

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jason S. Greenwood,** Case No. __**15-31397**__
    **Melanie Greenwood**
                                                                                          ,
                                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **33,141.00** |

Sheet __**4**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   **Jason S. Greenwood,**
     **Melanie Greenwood**  ,  Case No. __**15-31397**__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Disney Vacation Club Timeshare - Saratoga Springs 250 points/year | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 1.00<br>100% | 1.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Navy Federal Credit Union Joint Checking Acct. ending XXX6 | Va. Code Ann. § 34-4 | 28.00 | 28.00 |
| Navy Federal Credit Union Joint Savings Acct. ending XXX3 | Va. Code Ann. § 34-4 | 6.00 | 6.00 |
| Navy Federal Credit Union Joint Checking Acct. (2) ending XXX6 | Va. Code Ann. § 34-4 | 6.00 | 6.00 |
| Union First Market Bank Individual Checking Acct. ending XXX9 | Va. Code Ann. § 34-29<br>Va. Code Ann. § 34-4 | 34.00<br>63.00 | 97.00 |
| Union First Market Bank Joint Checking Acct. ending XXX1 | Va. Code Ann. § 34-4 | 27.00 | 27.00 |
| Navy Federal Credit Union Joint Savings Acct. ending XXX3 FBO Minor Child | 11 USC sec. 541(b)(1) - Debtor power exercised solely for entity other than debtor not part of bankruptcy estate | 6.00 | 6.00 |
| Navy Federal Credit Union Joint Savings Acct. ending XXX0 FBO Minor Child | 11 USC sec. 541(b)(1) - Debtor power exercised solely for entity other than debtor not part of bankruptcy estate | 6.00 | 6.00 |
| Navy Federal Credit Union Joint Savings Acct. ending XXX3 (2) FBO Minor Child | 11 USC sec. 541(b)(1) - Debtor power exercised solely for entity other than debtor not part of bankruptcy estate | 6.00 | 6.00 |
| Navy Fed. Credit Union Credit Union Individual Savings Acct. ending XXX3 | Va. Code Ann. § 34-4 | 6.00 | 6.00 |
| **Household Goods and Furnishings** | | | |
| (1) sofa, (2) living room chairs, kitchen table and chairs, (1) coffee table, (1) end table, kitchenware, (1) tv, blu ray player, dvds, Wii gaming system w/games, (4) furnished bedrooms with (2) beds, (1) loft bed, (1) bunk bed, (6) dressers, tables, lamps, stove, refrigerator, dishwasher, small appliances, microwave, washer/dryer, outdoor grill, (1) desktop PC, (1) desk, (2) high back chairs, assorted hand and small power tools. | Va. Code Ann. § 34-26(4a) | 6,000.00 | 6,000.00 |

__**2**__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Jason S. Greenwood,**
       **Melanie Greenwood**,
                                                                Debtors

Case No.  **15-31397**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| Assorted men's and women's apparel including business attire. | Va. Code Ann. § 34-26(4) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| Engagement Ring and Wedding Bands. | Va. Code Ann. § 34-26(1a) | 3,000.00 | 3,000.00 |
| Gucci watch; gold necklace and pendant; turquoise and gold necklace; gold earrings; various bracelets, rings; college class ring; assorted items of inexpensive & costume jewelry | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 750.00<br>100% | 750.00 |
| College class ring; cuff links | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 250.00<br>100% | 250.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Colt .45 handgun | Va. Code Ann. § 34-26(4b) | 500.00 | 500.00 |
| Softball equipment (nets, screens, tees, balls, bats); (2) bicycles; punching bag; small weights | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 400.00<br>100% | 400.00 |
| **Interests in Insurance Policies** | | | |
| American Gen. Life Insurance Co. Whole life insurance policy for minor child ending XXX8 Cash Surrender Value = $350.00 | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 350.00<br>100% | 350.00 |
| American Gen. Life Insurance Co. Whole life insurance policy for minor child ending XXX6 Cash Surrender Value = $550.00 | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 550.00<br>100% | 550.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Charles Schwab Rollover IRA Acct. ending XXX0 | Va. Code Ann. § 34-34<br>11 U.S.C. § 522(b)(3)(C) | 100%<br>100% | 1.00 |
| Charles Schwab Roth IRA Acct. ending XXX4 | Va. Code Ann. § 34-34<br>11 U.S.C. § 522(b)(3)(C) | 100%<br>100% | 1.00 |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Jason S. Greenwood,**                                                                                        Case No.   **15-31397**
        **Melanie Greenwood**
                                                               ,
                                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| **100% Ownership Interst in Greenwood Law Firm PC - law firm (Virginia S-corporation) - assets, accounts receivable, inventory offset / eclipsed by security interest(s) and/or long and short-term debt, no intellectual property beyond websites, questionnaires.** | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 1,000.00<br>100% | 1.00 |
| **Approximately 3.25 shares of Wal-Mart Stores, Inc. Stock** | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 267.00<br>100% | 267.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Federal and State Tax Refunds** | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 1.00<br>100% | 1.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Pending Veterans Administration Disability Claim / Appeal** | 38 U.S.C. § 5301(a)<br>Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 100%<br>1.00<br>100% | Unknown |
| **Licenses, Franchises, and Other General Intangibles** | | | |
| **Nine (9) domain names - undeveloped, no websites created.** | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 10.00<br>100% | 10.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2011 Toyota Tacoma 4WD Truck (66,000 miles)**<br>Location: 5202 Signal Corps Drive, Fredericksburg VA 22408<br>2014 Personal Property Tax Assessed Value = $13,662.00 | Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 1,000.00<br>100% | 13,662.00 |
| **2005 Honda Odyssey (155,000 miles)**<br>Location: 5202 Signal Corps Drive, Fredericksburg VA 22408<br>2014 Personal Property Tax Assessed Value = $5200.00 | Va. Code Ann. § 34-26(8)<br>Va. Code Ann. § 34-4<br>Va. Code Ann. sec. 34-4 - It is the Debtor's / Debtors' intent to exempt 100% of the Fair Market Value of this asset (See Schwab v. Reilly, 560 U.S. _____, 130 S.Ct. 2652 (2010)). | 5,200.00<br>1.00<br>100% | 5,200.00 |
| | Total: | **29,645.00** | **33,132.00** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6F (Official Form 6F) (12/07)

In re **Jason S. Greenwood,**                Case No. **15-31397**
     **Melanie Greenwood**
_____,
                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **09562** <br><br> **BB & T** <br> **Attn: Bankruptcy Dept** <br> **P.O. Box 1847** <br> **Wilson, NC 54221** | | H | 5/2010 <br> **Personal Guarantee of Commercial Loan** | | | | 17,306.00 |
| Account No. **xxxx-xxxx-xxxx-2878** <br><br> **BB & T** <br> **Attn: Bankruptcy Dept** <br> **P.O. Box 1847** <br> **Wilson, NC 54221** | | H | **Personal Guarantee of Commercial Credit Card** | | | | 9,246.00 |
| Account No. **xx6596** <br><br> **Canon Financial Services, Inc.** <br> **14904 Collections Center Dr.** <br> **Chicago, IL 60693-0149** | | H | **Personal guarantee of Commercial Lease** | | | | 15,916.00 |
| Account No. <br><br> **Canon Solutions America Inc.** <br> **300 Commerce Square Blvd.** <br> **Burlington, NJ 08016** | | H | **Personal Guarantee of Commercial Maintenance Contract** | | | | 2,530.00 |
| **_3_** continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 44,998.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason S. Greenwood,**            Case No. __**15-31397**__
      **Melanie Greenwood**
_____,
                                         Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4266902033241454** <br><br> **Chase Card** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | J | **Opened 1/01/09 Last Active 10/13/14** <br> **Credit Card** | | | | **4,556.00** |
| Account No. **6011005768705488** <br><br> **Discover Fin Svcs LLC** <br> **PO Box 15316** <br> **Wilmington, DE 19850** | | H | **Opened 1/01/09 Last Active 10/22/14** <br> **Credit Card** | | | | **6,646.00** |
| Account No. <br><br> **Equifax Credit Info Svcs, Inc.** <br> **P.O. Box 740241** <br> **Atlanta, GA 30374** | | J | **Credit Reporting Agency Notice Only** | | | | **0.00** |
| Account No. <br><br> **Experian Information Solutions** <br> **Attn: Supervisor, Legal Dept.** <br> **701 Experian Parkway** <br> **P.O. Box 1240** <br> **Allen, TX 75013** | | J | **Credit Reporting Agency Notice Only** | | | | **0.00** |
| Account No. <br><br> **LabCorp of America** <br> **PO Box 2240** <br> **Burlington, NC 27216-2240** | | J | **Medical Services** | | | | **Unknown** |

Sheet no. __**1**__ of __**3**__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)    **11,202.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason S. Greenwood,**  Case No.  **15-31397**
**Melanie Greenwood**
_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1787573706** <br><br> **Navy Federal Credit Union** <br> **Attention: Bankruptcy** <br> **PO Box 3000** <br> **Merrifield, VA 22119** | | J | **Opened 5/01/03 Last Active 2/28/15** <br> **Check Credit Or Line Of Credit** | | | | 2,913.00 |
| Account No. <br><br> **Peter DeChat** <br> **5700 Plantation Estates Way** <br> **Woodford, VA 22580** | | H | **11/2013** <br> **Personal Guarantee of Commercial Loan** | | | | 15,413.00 |
| Account No. **5121913309SF00002** <br><br> **SAF** <br> **Student Assistance Foundation** <br> **PO Box 5209** <br> **Helena, MT 59604-5209** | | H | **Opened 7/01/04 Last Active 8/22/14** <br> **Educational Loan** | | | | 21,205.00 |
| Account No. **5121913309SF00001** <br><br> **SAF** <br> **Student Assistance Foundation** <br> **PO Box 5209** <br> **Helena, MT 59604-5209** | | H | **Opened 7/08/04 Last Active 8/22/14** <br> **Educational Loan** | | | | 10,332.00 |
| Account No. <br><br> **TransUnion** <br> **P.O. Box 900** <br> **Woodlyn, PA 19094-0900** | | J | **Credit Reporting Agency Notice Only** | | | | 0.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **49,863.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason S. Greenwood,** Case No. **15-31397**
**Melanie Greenwood**
_____,
Debtors

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5458840022407600** <br><br> **USAA Savings Bank** <br> **PO Box 47504** <br> **San Antonio, TX 78265** | | J | **Opened 5/27/98 Last Active 10/12/14** <br> **Credit Card** | | | | **21,026.00** |
| Account No. **3743550124532010** <br><br> **USAA Savings Bank** <br> **PO Box 47504** <br> **San Antonio, TX 78265** | | H | **Opened 3/01/08 Last Active 10/15/14** <br> **Credit Card** | | | | **8,298.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **29,324.00**

Total (Report on Summary of Schedules) **135,387.00**

B6G (Official Form 6G) (12/07)

In re   **Jason S. Greenwood,**  
      **Melanie Greenwood**  
                      Debtors

Case No.  **15-31397**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Canon Financial Services, Inc.**<br>14904 Collections Center Dr.<br>Chicago, IL 60693-0149 | **Personal Guarantee of Commercial Copier/Scanner Lease** |
| **Canon Solutions America Inc.**<br>300 Commerce Square Blvd.<br>Burlington, NJ 08016 | **Personal Guarantee of copier maintenance contract.** |

   **0**  
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Jason S. Greenwood / Melanie Greenwood**, Debtor(s)

Case No. **15-31397**
Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: [ ] Soc. Sec. No. amended. *[If applicable: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's office on ____.*]*
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- [ ] Schedule A - Real Property
- [x] Schedule B - Personal Property
- [x] Schedule C - Property Claimed as Exempt
- [x] **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - [x] Creditor(s) added
  - [ ] Creditor(s) deleted
  - [ ] Change in amounts owed or classification of debt
  - [ ] No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)
  - [ ] Post-petition creditors added (Schedule of Unpaid Debts)
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [x] Schedule G- Executory Contracts and Unexpired Leases
- [ ] Schedule H - Codebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- [ ] Disclosure of Compensation of Attorney for Debtor
- [ ] Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: **Canon Financial Services Inc. and Canon Solutions America Inc.**

Date: **April 22, 2015**

/s/ Michael J. O. Sandler,
**Michael J. O. Sandler,**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **#46443**
Mailing Address: **The Law Offices of Michael J. O. Sandler, PLLC
12781 Darby Brooke Court
Suite 201
Woodbridge, VA 22192**
Telephone No.: **703-494-3323**

[amendcs ver. 10/13]

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Jason S. Greenwood**
**Melanie Greenwood**

Debtor(s)

Case No. **15-31397**
Chapter **7**

**TO:**

Canon Financial Services Inc.
14904 Collections Center Drive
Chicago, IL  60693-0149

Canon Solutions America Inc.
300 Commerce Square Blvd.
Burlington, NJ 08016

## NOTICE TO
## CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]*  NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Jason S. Greenwood**
**Melanie Greenwood**

Date: **April 22, 2015**    By  **/s/ Michael J. O. Sandler,**

Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: **#46443**
Address: **The Law Offices of Michael J. O. Sandler, PLLC**
**12781 Darby Brooke Court**
**Suite 201**
**Woodbridge, VA 22192**
Telephone No.: **703-494-3323**

## CERTIFICATION

I certify that on  **April 22, 2015** , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

**/s/ Michael J. O. Sandler,**
**Michael J. O. Sandler, #46443**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]